**RECEIVED**

JUN 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PAUL WILSON** | **CIVIL ACTION 15-2627** |
| LA. DOC #187047 | |
| VS. | **SECTION P** |
| | **JUDGE DOHERTY** |
| **ALLEN CORRECTIONAL CENTER, ET AL** | **MAGISTRATE WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED ADJUDGED AND DECREED** that plaintiff's civil rights claims against **ALLEN CORRECTIONAL CENTER, EVANGELINE PARISH SHERIFF'S DEPARTMENT, ELLIOT THOMAS and EDDIE SOILEAU** be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _30_ day of _June_, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE